IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN LAMONT TEBO, JR.,

Defendant.

**8:26CR90**

**ORDER**

This matter is before the Court on the Amended Unopposed Motion to Continue Trial (Filing No. 22). Counsel needs additional time to investigate issues impacting defendant's defense of this matter. For good cause shown,

IT IS ORDERED that the Amended Unopposed Motion to Continue Trial (Filing No. 22) is granted as follows:

1. The jury trial now set for August 17, 2026, is continued to **October 19, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 19, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Defendant's Unopposed Motion to Continue Trial (Filing No. 21) is denied as moot.

Dated the 30th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge